Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

_____ Division

| | |
|---|---|
| Onja Maming Mary F Brown<br>Aneja Jaysawal<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>Stellantis North America FCA<br>Carl Beck Auto Sales And Automotive Grp<br>The Hartford Ins ACE Auto Ins Co ALLY Bank<br>Theodore and Janet Crause<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 6:25-CV-720-CEM-UAM<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Onja Wright Mary F Brown |
   | Street Address | 2608 Oak Street |
   | City and County | Pltka |
   | State and Zip Code | Fl 32131   32177-4256 |
   | Telephone Number | 386 666.9524   386 643 8367 |
   | E-mail Address | |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
  Name: Stellantis FCA North America
  Job or Title (if known):
  Street Address: 1000 Chrysler Drive
  City and County:
  State and Zip Code: Michigan Auburn Hills 48326
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Carl Beck Auto Sales Beck Automotive Grp
  Job or Title (if known):
  Street Address: 256
  City and County: Pltka Putnam
  State and Zip Code: FLA 32177
  Telephone Number:
  E-mail Address (if known): www.checkbeck.com

Defendant No. 3
  Name: Theodore Crause and Elain Janet Crause ACE INS Grp
  Job or Title (if known):
  Street Address: 436 Walnut Street  POB 1000
  City and County: Philadelphia
  State and Zip Code: PA 19106
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name: The Hartford Insurance Company Grp Inc
  Job or Title (if known):
  Street Address: 690 Asylum Ave
  City and County: Hartford
  State and Zip Code: CT 06155
  Telephone Number:
  E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question      [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Onja Maming  *Mary F Brown*, is a citizen of the State of *(name)* Florida.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Theod Crause ACE Ins Grp, is a citizen of the State of *(name)* Pennsylvania. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$800,000 Personal Injuries Insurance premium payment paid to the insurance company. The hartfort Inc requires subrogation because the catostophic nature of permanant injuries. Medicare DOES NOT Pay medical services ie Automobile related head spine. $8M

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Driver is responsible . THe insured driver the spouse allows spouse either inebriated speeding on highway. Defendant rear ends the plaintiffs motheer cause spinal cord fracture, head bruise. For pain suffering loss of income damages asked amt $150K

Insurance company ACE Insurance property appraiser didnot arrive neither file the loss claims personal injuries medical. Given the seriousness the defendants funds of insurance payments available is $150,000 usd

Personal injuries Product liability Insurance Subrogation

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Product liability; Aged seat belt tensioners; SRS headrest caused blunt force trauma that was never treated neither confirmed by numerous doctors in the HCA Network also practicioners failure duty to care.
Medical insurance is not enough when there are already paid premiums auto insuranc bodily/medical paid into 300K per year coverage, The plaintifs auto ins coverage $1.7m Safe driver for 17 years. Proof of insurance purchase is available at the residence at the court's request. $2m

As for product liability and the lifetime warranty by the subsidiary Carl Beck Auto Sales since 2004 knowingly did not order replacement parts specifically Dodge Ram Caliber Jeep Fiat seat belt tensioners ECU coil etc. *Dealer* To install replace recalled said parts really means investing thousands of dolllars on a *nother* vehicle. *HAS USATTMNY Cont* Dealership didnot make buyer aware of the vehicles aged worn parts but because of age and creditworthiness vehicle financed throug ALLY Bank related case is in Michigan. Seeks $3m usd. TOTAL $5M

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/11/2025

Signature of Plaintiff: *Mary F Brown Onya Manning Wright*
Printed Name of Plaintiff: *Mary F Brown Wright Clemme*

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney: Raymond Smith  RS "Ray"
Bar Number: #1031996
Name of Law Firm: Ron Shdes PA
Street Address: 700 Reid Street
State and Zip Code: FLa 32177-3604
Telephone Number: (336) 335-3496
E-mail Address: (raymond.smith@youhurtwefight.com)